LISA L. OBERG (SBN 120139)
Lisa.Oberg@dentons.com
MICHELLE C. JACKSON (SBN 170898)
Michelle.Jackson@dentons.com
KATHY M. HUYNH (SBN 233314)
Kathy.Huynh@dentons.com
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
*Telephone:*    415.267.4000
*Facsimile:*    415.267.4198

Attorneys for Defendant
TECUMSEH PRODUCTS COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM LIVERNOIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS, CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. 4:18-cv-03735<br><br>**DEFENDANT TECUMSEH PRODUCTS COMPANY'S CERTIFICATE OF INTERESTED PARTIES** |

**TO THE CLERK OF THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, and Local Rule 7.1-1, counsel of record for **TECUMSEH PRODUCTS COMPANY** certifies that the following listed party may have a pecuniary interest in the outcome of this case.

Tecumseh Products Holdings LLC is a parent of Tecumseh Products Company LLC.

1   This representation is made to enable the Court to evaluate possible disqualification or
2   recusal.

3

4   Dated: July 26, 2018                DENTONS US LLP

5                                       By: _____
6                                            LISA L. OBERG
                                             MICHELLE C. JACKSON
7                                            KATHY M. HUYNH

8                                       Attorneys for Defendant
                                        TECUMSEH PRODUCTS COMPANY
9

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

2
DEFENDANT TECUMSEH PRODUCTS COMPANY'S CERTIFICATE OF INTERESTED PARTIES
108595482\V-2

**PROOF OF SERVICE VIA UNITED STATES DISTRICT COURT**

**ELECTRONIC DOCUMENT FILING SYSTEM**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Market Plaza, Spear Tower, 24th Floor, San Francisco, California 94105.

On July 26, 2018, I electronically served a true and correct copy of the within document(s):

**DEFENDANT TECUMSEH PRODUCTS COMPANY'S CERTIFICATE OF INTERESTED PARTIES**

via the United States District Court, Northern District of California's Official Court Electronic Document Filing System on the recipients designated on the Notice of Electronic Filing or Other Activity generated by the Court's website.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on July 26, 2018, at Oakland, California.

_____
ROSE MANABAT

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000